# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-mj-00786-CWH |
| Plaintiff, | ORDER |
| vs. | |
| JENNIFER MACVITTE, | |
| Defendant. | |

## ORDER

This matter coming on the government's Motion to Unseal, having considered the premises therein, and good cause showing,

IT IS HEREBY **ORDERED** that the above-captioned case and all documents therein shall be, and are, unsealed.

Dated : January 2, 2015

_____
CARL W. HOFFMAN, Jr.
United States Magistrate Judge